IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,
    Appellee,

v.

DZHOKHAR A. TSARNAEV,
    Defendant-Appellant.

No. 16-6001

**MOTION FOR EXTENSION OF TIME TO FILE
A PETITION FOR REHEARING OR FOR REHEARING EN BANC**

    The United States respectfully moves for a 30-day extension of time, to and including May 6, 2024, within which to file a petition for rehearing or for rehearing en banc in this case.  A petition is currently due April 4, 2024.  The reasons for this request are as follows:

    1. For his role in the bombing of the 2013 Boston Marathon, a jury found Dzhokhar Tsarnaev guilty on 30 counts, and Tsarnaev was sentenced to death on six of those counts.  In 2020, this Court vacated Tsarnaev's death sentences, *United States v. Tsarnaev*, 968 F.3d 24 (1st Cir. 2020), but the Supreme Court granted certiorari and reversed, *United States v. Tsarnaev*, 595 U.S. 302 (2022).

2. On March 21, 2024, this Court issued an opinion resolving Tsarnaev's four remaining claims. The Court rejected three of Tsarnaev's arguments, but concluded in a divided portion of the opinion that the district court abused its discretion by failing to further investigate Tsarnaev's claims of juror dishonesty. The Court remanded for an evidentiary hearing, retaining jurisdiction to resolve the appeal after remand.

3. A petition for panel rehearing or rehearing en banc would be due without extension on April 4, 2024. *See* Fed. R. App. P. 40(a)(1).

4. The decision whether to seek rehearing en banc is entrusted to the Solicitor General of the United States. 28 C.F.R. § 0.20(b). The process of determining whether to seek further review takes time, particularly in a case of this magnitude, because it requires input from various components within the Department of Justice. Additional time is needed to make the decision in this case.

5. Daniel Habib, counsel for Tsarnaev, does not object to this request.

Wherefore, the United States respectfully requests that the Court extend the time to file a petition for rehearing or for rehearing en banc until May 6, 2024.

       Respectfully submitted,

       <u>s/ William A. Glaser</u>
       WILLIAM A. GLASER
       Attorney, Appellate Section
       Criminal Division
       U.S. Department of Justice
       950 Pennsylvania Ave, NW, St. 1264
       Washington, D.C. 20530
       (202) 532-4495
       William.Glaser@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 324 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Calisto MT 14-point type.

s/ William A. Glaser<br>
WILLIAM A. GLASER