# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES,

Appellee,

v.

DZHOKHAR A. TSARNAEV, a/k/a Jahar Tsarni,

Defendant - Appellant.

**ORDER OF COURT**

Entered: April 2, 2024

Appellee's motion for an extension of time to file a petition for panel rehearing or rehearing en banc is granted. Any petition for panel rehearing or rehearing en banc may be filed on or by **May 6, 2024**, and must address why appellee contends that a petition seeking rehearing/rehearing en banc of the March 21, 2024, order is not premature.

By the Court:

Maria R. Hamilton, Clerk

cc:
Judy Clarke, Gail K. Johnson, Deirdre von Dornum, Daniel Habib, David Patton, Clifford Gardner, Ginger D. Anders, Mia Alyssa Eisner-Grynberg, Donald Campbell Lockhart, Joseph Francis Palmer, Nadine Pellegrini, William A. Glaser, Steven D. Mellin, Matthew R Segal, Jonathan M. Albano, Emma D. Hall, John Remington Graham, David A. Ruhnke, Michael J. Iacopino, Benjamin Silverman, Megan Wall-Wolff, George H. Kendall III, Timothy P. O'Toole, Jason Kapinos