

U.S. Department of Justice

Criminal Division

*Appellate Section*                         *Washington, D.C. 20530*

May 1, 2024

Hon. Maria R. Hamilton, Clerk
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:   *United States v. Dzhokhar Tsarnaev*, No. 16-6001
           Opinion entered March 21, 2024

Dear Ms. Hamilton:

    The Court, on the government's motion, extended the time within which to file a rehearing petition in this case until May 6, 2024. This letter is to inform the Court that the government will not be seeking panel rehearing or rehearing en banc of the decision in this case.

                                                Respectfully submitted,

                                                <u>s/William A. Glaser</u>
                                                WILLIAM A. GLASER
                                                Attorney, Appellate Section
                                                Criminal Division
                                                U.S. Department of Justice
                                                950 Pennsylvania Ave., N.W., Ste. 1264
                                                Washington, DC 20530
                                                (202) 532-4495
                                                William.Glaser@usdoj.gov