# MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

William J. Kayatta, Jr is behind the wrongful conviction and execution of Jahar Tsarnaev, a party that Jason Kapinos has been extorted over since at least the 15th of April 2013, as he is sparing the reputation of Skadden, Arps, Slate, Meagher, & Flom for not only Bank of America (https://campus.bankofamerica.com/teams/legal.html/ )  but also Harvard University ( https://ogc.harvard.edu/pages/legal-services ) and NewsCorporation ( https://newscorp.com/news-corp-leadership/ ) . All parties mentioned in this document should not be contacted in any manner that would violate any active or closed restraining order, but these plaintiffs who had sought the unconstitutional abuse prevention orders are all involved in extortion by threat of injury to another, Jahar Tsarnaev, Tamerlan Tsarnaev, and Ibragim Todashev. Moreover, they are also involved in: 18 U.S. Code § 880 - Receiving the Proceeds of Extortion  ( https://www.law.cornell.edu/uscode/text/18/880 ) As well as in violation of: 18 U.S. Code Chapter 77 - PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS William Glaser from the criminal division should be prosecuted for obstruction of justice. All 94 US Attorneys and 56 FBI Field Offices would have more than happily wrongfully convicted and executed Jason Kapinos had he been in Tamerlan Tsarnaev's predicament:

> ---------- Forwarded message ---------
> From: **Jason Kapinos** <jasonkapinos@gmail.com>
> Date: Tue, Jul 12, 2022 at 6:15 AM
> Subject: Transnational Repression
> To: <shawn.leblanc@pol.state.ma.us>
>
> Sergeant Shawn LeBlanc for the Massachusetts State Police:
>
> [T]**he federal False Claims Act authorizes qui tam actions against parties** [*like (#1) Toronto Dominon Bank; (#2) Bank of Montreal; (#3) Royal Bank of Canada; (#4) TD Bank Garden as part of a JTRIG program affiliated with (#5) Entertainment One*] **who have defrauded** [ https://www.uschamberfoundation.org/corporate-citizenship-center/boston-marathon-response-corporate-aid-tracker  ] **the federal government** [ *concerning Jason Kapinos and Jahar Tsarnaev*]. **31 U.S.C. § 3279 et seq. If successful, a relator** [*like Jason Kapinos*] **in a False Claims Act qui tam action may receive up to 30% of the government's award** [*of the total assets of  (#1) Toronto Dominon Bank; (#2) Bank of Montreal; (#3) Royal Bank of Canada; (#4) TD Bank Garden as part of a JTRIG program affiliated with (#5) Entertainment One which would come to about $1 trillion for Jason Kapinos*]
>
> Refer to [the perjury that can be found from a docket from a District Court in Massachusetts]…before [a] Chief Justice…from [a law firm who represents Barclay's Bank that enabled Jeffrey Epstein] and [a] Judge…who is a relative of [the plaintiff in a Docket] before a District Court in Massachusetts] :

Jason Kapinos, 96 Hawks Circle, Westfield, Massachusetts 01085-1576 413-642-3587 (Comcast Landline) 413-562-7351 (Verizon Landline)

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

> **How he [*Jason Kapinos*] was building [*FAGOR*] bombs in his basement. All that kind of stuff. And the [*FAGOR cluster munition*] monitor that he used at the Marathon bombing. And he thought the FBI was after him and that he was going to, you know, use those [*FAGOR*] bombs and that kind of stuff."**

This is a Transnational Repression scheme ( https://www.fbi.gov/investigate/counterintelligence/transnational-repression ) against me, Jason Kapinos, for the benefit of (#1) Toronto Dominon Bank; (#2) Bank of Montreal; (#3) Royal Bank of Canada; (#4) TD Bank Garden as part of a JTRIG program affiliated with (#5) Entertainment One HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction. https://theintercept.com/2014/02/24/jtrig-manipulation/

Why would all 94 US Attorneys and 56 FBI Field Offices want to wrongfully convict and wrongfully execute Jahar Tsarnaev. Here is why: "Senate overwhelmingly ban[ned] torture across U.S. government" https://www.cnn.com/2015/06/16/politics/senate-torture-bill-cia/index.html Also, refer to: An Act prohibiting the participation of healthcare professionals in the torture and abuse of prisoners (https://malegislature.gov/Bills/193/H3619 ) as Blanke & Rome work with Verizon and the Jessen & Mitchell torture doctors from Guantanamo Bay and Bulkley, Richardson, & Gelinas to dismember Tamerlan Tsarnaev by a bone saw and remove his human organs for Jessen ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) & Mitchell ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) torture doctors from Guantanamo Bay who both deserve the death penalty. Moreover, refer to: An Act extending the statute of limitations for certain actions involving international human rights abuses (https://malegislature.gov/Bills/192/s1094 ). *Within The Ruins* also all deserve the death penalty as they were behind Tamerlan Tsarnaev pre-meditated murder by a bone saw as a kidnapping and torture plot for which this case ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) can be the precedent against them, and this first degree murder was to promote "Feeding Frenzy" as can be seen here ( https://www.youtube.com/results?search_query=WITHIN+THE+RUINS+FEEDING+FRENZY ) for EntertainmentOne out of the City of Toronto in the Country of Canada. Lorettajo Kapinos ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ), Mark Kapinos ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ), Carol Kapinos ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ), and Robert Kapinos ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) are also involved in organized crime to kidnap Tamerlan Tsarnaev, torture Tamerlan Tsarnaev, crush Tamerlan Tsarnaev underneath a motor vehicle as a pre-meditated murder, lynch Tamerlan Tsarnaev by a motor vehicle with wires as foreshadowed in an episode of *Family Guy* known as "Turban Cowboy" as publicly known here ( https://www.youtube.com/results?search_query=It%27s+a+chicken+that%27s+yelled+for+2+hours+and+then+run+over+by+a+mercedes ) as well as to vivisect and dismember Tamerlan

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

Tsarnaev's thoracic cavity with a bone saw for Attorney Richard Sypek ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from Ross & Ross and Sypek Law who work for Chick Fil-A to produce a snuff film as can be seen here (https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for cardiac science as acquired by Zoll ( https://www.zoll.com/news-releases/2019/08/27/zoll-medical-completes-acquisition-of-cardiac-science ) . The Boston Hoax Bombings of the 15th of April 2013 was a "derivative work" of Jason Kapinos' intellectual property of the 10th of January 2013. Municipal police officers were aware of on the 10th of January 2013.

Quincy Mutual ( https://www.quincymutual.com/about-quincy-contact-us.htm ) insures 96 Hawks Circle. This was sent to claims@quincymutual.com on the 8th of February 2023 at 2:26 pm EST concerning Capital One Bank North America with about $444.6 billion in total assets.

---------- Forwarded message ---------
From: **Jason Kapinos** <jasonkapinos@gmail.com>
Date: Fri, Jul 31, 2020 at 6:09 PM
Subject: New York State Attorney General Complaint against Capital One Bank North America 7/31/2020
To: <EthicsLine@capitalone.com>


Dear Sir or Madam:

**Complaint Description**

I have not had the time to read the entire court docket in *U.S.* v. *Tsarnaev*. However, I did search on Google News for updates as to Dzhokahr's case. I downloaded and briefly skimmed through this document from the Circuit Judges Torruella, Thompson, and Kayatta, : https://boston.cbslocal.com/wp-content/uploads/sites/3859903/2020/07/tsarnaev.pdf I also searched by Control F for any mentions of the amicus intervention before the Federal District Court and the amici intervention before the First Circuit Court of Appeals. I can find no mention of any of this anywhere by any Judge. In LIGHT of *CAPITAL ONE BANK NORTH AMERICA* versus *JASON KAPINOS* [with a Docket # of 2044-CV-000019 before the Westfield District Court (https://www.mass.gov/locations/westfield-district-court ) ] , Counts 1, 2, 3, 6, 7, 8, 11, 12 ( https://boston.cbslocal.com/wp-content/uploads/sites/3859903/2020/07/tsarnaev.pdf ) are all DEFEATED by this ARTICLE: "FBI Evidence Proves Innocence of Accused Boston Marathon Bomber Dzhokhar Tsarnaev" https://www.paulcraigroberts.org/2015/08/17/fbi-evidence-proves-innocence-accused-boston-marathon-bomber-dzhokhar-tsarnaev/ ALL COUNTS AFTER 12 DO NOT MATTER BECAUSE DZHOKHAR TSARNAEV NEVER EVEN SHOULD HAVE BEEN A CRIMINAL SUSPECT per the FBI's VERY OWN EVIDENCE as GENERATED BY THE FBI's OWN CRIME LAB. THE WARRANT AUTHORIZED SEARCHES NEVER SHOULD HAVE BEEN AUTHORIZED AS

DHZOKHAR TSARNAEV NEVER SHOULD HAVE BEEN A CRIMINAL SUSPECT IN THE FIRST PLACE. THESE WERE, ARE, and CONTINUE TO BE MAGISTRATES, PROSECUTORS, and JUDGES WHO PROTECT CRISIS ACTORS AND THE CRISIS ACTING INDUSTRY NO MATTER THE HEINOUS FALLOUT. THE JUDGES, from what I can tell, will be in SERIOUS TROUBLE. The JUDGES will be ARRESTED ONE DAY. Refer to OPERATION GREYLORD. https://www.fbi.gov/history/famous-cases/operation-greylord . From the aforesaid website, "That's really the whole point. Abuse of the public trust cannot and must not be tolerated. Corrupt practices in government strike at the heart of social order and justice. And that's why the FBI has the ticket on investigations of public corruption as a top priority."

**What form of relief are you seeking, e.g., refund, credit, exchange, repair?**

I demand that the Circuit Judges [as well as the prosecutors and the public "defenders" along with the attorneys who intervened as friends of the court like at Squire, Patton, and Boggs and elsewhere who were all protecting the crisis actors] are arrested and incarcerated for life for allowing Dzhokhar's death penalty case to be thrown [and for his illegal detainment]. They protected crisis actors and the crisis acting industry even though Dzhokhar's innocence was as obvious as white versus black, that is to say, matters which the Judges never seemed to ever have addressed anywhere on the docket from what I can tell. On the CONCLUSION, it states, "But make no mistake: Dzhokhar will spend his remaining days locked up in prison, with the only matter remaining being whether he will die by execution. " That is not the case. The Judges are beyond crooked and OPERATION GREYLORD [ https://www.fbi.gov/history/famous-cases/operation-greylord ], for certain, enters into the picture at this point. Based on my success in *Capital One Bank North America* versus *Jason Kapinos*, we know those were crisis actors who faked their injuries and deaths and that the "bombs" were, in fact, "hoax", for lack of a better term, devices and nobody was injured (as conveyed by the major news and entertainment media) on Boylston Street that day due to those devices which neither Tsarnaev brother, per best evidence available to me, had carried in either backpack. Rather, per eyewitnesses, if their accounts are credible, the explosions came from "trash-can" like containers. Boston Bombing: Marathon Runner Sees Trash Can Explode https://www.youtube.com/watch?v=B-xFb7hMnK0 The individuals who might have been carrying backpacks that might have been carrying these devices appear to be from the Massachusetts National Guard
[ https://www.theguardian.com/commentisfree/2020/jun/19/tulsa-1921-massacre-trump-violence-legacy and https://www.hrw.org/news/2020/05/29/case-reparations-tulsa-oklahoma ] .

Sincerely,

Jason Kapinos, 96 Hawks Circle, Westfield, Massachusetts 01085-1576 413-642-3587 (Comcast Landline) 413-562-7351 (Verizon Landline)

Jason Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)
413-388-3477 (A&T Wireless

All 94 US Attorneys ( https://www.justice.gov/usao/us-attorneys-listing ) and 56 FBI Field Offices  ( https://www.fbi.gov/contact-us/field-offices/@@castle.cms.querylisting/6bd7cedb14f545e3a984775195ea3d30 )  are involved in bank fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-826-applicability-18-usc-1344 ) , wire fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) , insurance fraud ( https://www.law.cornell.edu/uscode/text/18/1033 ) , healthcare fraud ( https://www.justice.gov/jm/jm-9-44000-health-care-fraud ) , and mail fraud (https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud ) against 96 Hawks Circle for the $101 million "The One Fund". Any prosecutor involved is in violation of (18 U.S. Code § 1343 - Fraud by wire, radio, or television) for WesternMassNews and 22 News WWLP for a staged house fire and other most heinous crimes.

> **Whoever** [*like John Remington Graham of the Minnesota Bar (#3664X) as publicly known here (https://www.paulcraigroberts.org/2015/08/17/fbi-evidence-proves-innocence-accused-boston-marathon-bomber-dzhokhar-tsarnaev ) and Frau Ritter Blaser who both misused Florence Bank ( https://www.florencebank.com/florence )  with about $2 billion in total assets and RB International ( https://www.rbinternational.com/en/raiffeisen/legal/disclaimer.html ) with about $220 billion in total assets for the benefit of Covington & Burling ( https://www.cov.com/en/offices )  for NexStarMediaGroup ( https://www.nexstar.tv/corporate-officers/rachel-morgan/ ) with about $13 billion in total assets that owns 22 News WWLP ( https://www.wwlp.com/about-us/contact-us/ )  as represented by Attorney David B. Crevier ( https://crevierandryan.com/attorney-david-b-crevier/ )  who is involved in bank fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-826-applicability-18-usc-1344 ) , wire fraud (https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) , insurance fraud ( https://www.law.cornell.edu/uscode/text/18/1033 ), healthcare fraud ( https://www.justice.gov/jm/jm-9-44000-health-care-fraud ) , and mail fraud (https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud ) against 96 Hawks Circle in the City of Westfield, Massachusetts as 22 News WWLP and WesternMassNews (https://www.westernmassnews.com/about-us/contact-us )  as was owned by IAC Interactive ( https://ir.iac.com/news-releases/news-release-details/iacs-dotdash-acquire-meredith-corporations-national-media-group )  and now owned by Gray Television ( https://gray.tv/about )  with about $10 billion in total assets staged a house fire as part of arson racketeering (*

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

*https://www.ojp.gov/ncjrs/virtual-library/abstracts/how-fight-arson-racketeer ) enterprise for the municipalities who dismembered Tamerlan Tsarnaev with a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for municipal police, Elm Electrical, Munich RE, Barclay's Bank ( https://cards.barclaycardus.com/banking/subpoena-legal-information/ ) with about $1.8 billion in total assets, and Easthampton Savings Bank with about $2 billion in total assets; Winston, Strawn, Smith, & Patterson ( https://www.winston.com/en/locations ) for Bank of America ( https://campus.bankofamerica.com/teams/legal.html/ ) with about $3.2 trillion in total assets; Morisi & O'Connell and Welch, Campbell, and Barba for a municipal Gas & Electric that receives its energy from EVERSOURCE ( https://www.eversource.com/content/residential/about/our-company/service-territory ) as represented by Cooley Shrair that was acquired by Halloran & Sage ( https://halloransage.com/news/halloran-sage-expands-into-massachusetts-welcomes-cooley-shrair/ ) , the same day as Bank of America versus Jason Kapinos before Chief Justice Charles Groce on the Westfield District Court [ https://www.mass.gov/locations/westfield-district-court ] ; Attorney Scott Horton from DLA Piper ( https://www.dlapiper.com/en/news/2022/05/dla-piper-secures-victory-for-the-republic-of-guinea ) for George Soros ( https://www.opensocietyfoundations.org/grants )* ], **having devised or intending to devise any scheme** [*like the Boston Hoax Bombings of the 15th of April 2013 for a "flash mob" of about 264 or so "crisis actors" for which this case ( https://www.justice.gov/opa/pr/national-health-care-fraud-and-opioid-takedown-results-charges-against-345-defendants ) can be the precedent against them and yet the crisis actors were allowed by Skadden, Arps, Slate, Meagher, & Flom and Sugarman, Rogers, Barshak, and Cohen for a "cartel" of about 90 lawyers ( https://www.shefflaw.com/wp-content/uploads/2017/06/boston_business_journal-one_fund-_6-20-14.pdf )* ] **or artifice to defraud, or for obtaining money** [*through Rubin & Rothman for Capital One Bank North America versus Jason Kapinos with about $444.6 billion in total assets and Suttle and Hammer for Bank of America versus Jason Kapinos*] **or property by means of false or fraudulent pretenses** [*like "22 News is Working for You" or "WesternMassNews: "We're Getting you Answers"*], **representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice** [*as John Remington Graham of the Minnesota Bar (#3664X), a former prosecutor, protected the 30,000 to 40,000 or so banking institutions worldwide that never blocked the transactions to the 264 or so "crisis actors" at the Boston Marathon of the 15th of April 2013 while none of this was addressed by Mullen & Coughlin; Cohen & Malad; Yurko Partners; Sugarman, Rogers, Barshak, and Cohen; and Branstetter, Stranch & Jennings, PLLC for Joyner versus Behavioral Health Network ( http://www.behavioralhealthsettlement.com/case-documents.aspx ) or addressed by Hinshaw and Culberton and Lamberg Law for Rego versus Midland Credit Management ( https://www.regomcm.com/case-documents.aspx ) before the Bristol County Superior Court*] , **shall be fined under this title or imprisoned not more than 20 years, or both** [*as the staged house fire was for Sony Music to promote Lil Nas X's "Industry Baby" (https://www.youtube.com/results?search_query=LIL+NAS+X+INDUSTRY+BABY ) ; the $40 Billion CBS/VIACOM Mega-merger (as allowed by Paul Weiss (*

*https://www.paulweiss.com/practices/transactional/mergers-acquisitions/news/cbs-to-merge-with-viacom-creating-40-billion-company?id=29137 )  , Latham & Watkins ( https://www.lw.com/en/news/2019/08/latham-watkins-represents-financial-advisors-special-committee-of-viacom-board-of-directors-cbs ) , Cleary Gottlieb ( https://www.clearygottlieb.com/news-and-insights/news-listing/national-amusements-in-30-5-billion-merger-of-cbs-and-viacom ) , Shearman & Sterling ( https://www.shearman.com/en/news-and-events/news/2019/08/viacom-combination-with-cbs ) , Allen & Overy ( https://www.shearman.com/en/news-and-events/news/2023/10/a-and-o-shearman-merger-approved ) , and Cravath (https://www.cravath.com/news/viacom-s-combination-with-cbs.html ) , the VIACOM Class Action Litigation in the State of Delaware ( http://www.viacomstockholderslitigation.com/ ) , the $760 Million CBS Lot in New York ( https://www.hollywoodreporter.com/business/business-news/cbs-new-york-headquarters-building-sells-for-760m-1234998339/ ) , the $1.8 Billion CBS Lot in California ( https://www.thewrap.com/cbs-studio-center-sells-nearly-2-billion-dollars/ ) ; Amazon's acquisition of MGM at $8.5 Billion as allowed by Paul Weiss ( https://www.paulweiss.com/practices/transactional/mergers-acquisitions/news/mgm-completes-845-billion-sale-to-amazon?id=42614 ) ; Latham & Watkins ( https://www.lw.com/en/news/2021/05/latham-watkins-advises-mgm-acquisition-amazon ) ; and Cravath, Swaine, & Moore ( https://www.cravath.com/news/amazons-dollar845-billion-acquisition-of-mgm.html ) while the staged house fire was also for the DISNEY/FOX mega-merger at $75 billion as allowed by Cravath ( https://www.cravath.com/news/the-walt-disney-company-s-66-billion-acquisition-of-twenty-first-century-fox-inc.html ) , Quinn Emmanuel, Covington & Burling ( https://www.cov.com/-/media/files/corporate/publications/2020/01/media--entertainment-group-of-the-year-covington.pdf ) , Fried Frank, Allen & Overy ( https://www.law.com/international-edition/2017/12/15/ao-and-macfarlanes-among-big-name-adviser-line-up-on-disneys-52-4bn-21st-century-fox-acquisition/ ), MacFarlanes, Skadden Arps ( https://www.skadden.com/-/media/files/publications/2018/05/gli2018mausa.pdf ), Cleary Gottlieb ( https://www.clearygottlieb.com/news-and-insights/news-listing/disney-gets-eu-antitrust-approval-for-71-3-billion-acquisition-of-21st-century-fox-assets ), Debevoise & Plimpton ( https://www.sec.gov/Archives/edgar/data/1001039/000095015717001608/form425.htm ), Hogan lovells ( https://www.legalbusiness.co.uk/blogs/mouse-grabs-a-fox-global-100-firms-take-centre-stage-as-murdoch-sells-empire-to-disney-for-52-4bn/ ), Weil, Gotshal, and others; the DISCOVERY/Warner Mega-merger ( https://wbd.com/discovery-and-att-close-warnermedia-transaction/ ) at $40.4 billion; EG Group's and TDR Capital's acquisition of Cumberland Farms ( https://www.eg.group/news/eg-group-completes-cumberland-farms-acquisition/ ) as allowed by Deloitte ( https://www2.deloitte.com/global/en/services/legal.html ) , KPMG ( https://kpmg.com/xx/en/home/services/tax/global-legal-services-kpmg-law.html ) , TDR Capital, PriceWaterHouseCoopers ( https://www.pwc.com/gx/en/services/legal-business-solutions.html ) , Morgan Stanley ( https://www.morganstanley.com/about-us-governance/operating-committee/eric-grossman ) , Rothschild & Company, Barclay's Bank ( https://cards.barclaycardus.com/banking/subpoena-legal-information/ ) , Bank of America ( https://campus.bankofamerica.com/teams/legal.html/ ) , Goldman Sachs (*

*https://www.goldmansachs.com/careers/our-firm/legal/* ) , *RPS Gaiatech; Allen & Overy ( https://www.aoshearman.com/en/people/beth-troy ) ; WilmerHale ( https://www.wilmerhale.com/en/insights/news/20191104-wilmerhale-advises-cumberland-farms-in-acquisition-by-eg-group ) ; and Latham & Watkins*]. **If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.** https://www.law.cornell.edu/uscode/text/18/1343

John Remington Graham of the Minnesota Bar (#3664X) never provided effective assistance of counsel as a friend of the court. Nor have any of Jahar Tsarnaev's court appointed counsel or anyone who intervened as a friend of the court in his behalf. The parties who intervened in favor of the malicious prosecution support the lies of the 264 or so "crisis actors". Juror #83, Kevin Fagin, appears to have been a "crisis actor" at the Boston Marathon of the 15th of April 2013. If that indeed is correct, then Kevin Fagin never should have been impaneled on the jury. Moreover, another juror was from EMC Corporation and yet another was from Partner's Healthcare, two corrupt businesses that support the lies of the 264 or so "crisis actors" at the Boston Marathon of the 15th of April 2013, exposed here ( https://goodnewsaboutgod.com/studies/political/newworld_order/boston_marathon.htm ); here ( http://911tv.org/Library/MARATHON%20BOMBING%20-%20INDICTING%20THE%20PLAYERS.pdf ); and here (https://www.scribd.com/document/413085646/The-Soul-of-Boston-and-the-Marathon-Bombing ) as lies. Citrix Systems for Comcast is involved in organized crime with Rogers in the Country of Canada to promote Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot for which I have been told this case (https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) can be the precedent against these parties.

Here is how John Remington Graham of the Minnesota Bar (#3664X) murdered Tamerlan Tsarnaev by a bone saw (as an accessory after the fact) for eco-terrorists and animal welfare extremists ( https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism ) and harvested his human organs to produce a snuff film as can be seen here (https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for cardiac science as acquired by Zoll ( https://www.zoll.com/news-releases/2019/08/27/zoll-medical-completes-acquisition-of-cardiac-science ) for the Canadian-run JTRIG Program ( https://theintercept.com/2015/03/23/canada-cse-hacking-cyberwar-secret-arsenal/ ) for The Royal Bank of Canada with about $1.4 trillion in total assets, Toronto Dominion Bank with about $1.9 trillion in total assets, and for the Bank of Montreal with about $1.3 trillion in total assets as well as for the GCHQ Cyber-Magic Program ( https://www.reddit.com/r/Magic/comments/1z0nyx/we_want_to_build_cyber_magicians_did_the_gchq/ ) . This first degree murder with apparently a bone saw as a kidnapping and torture plot was also for the GCHQ Cyber-magic program for the magic circle and the silver circle law firms. Here is the precedent against John Remington Graham of the Minnesota Bar (#3664X) who, in actuality, supports wrongful convictions and executions as well as the precedent against, Afshin

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

Zand, an Iranian; and Pierre Omidyar, a French Iranian and the founder of eBay who protected the [parties within Westfield, Massachusetts], accessories before the fact to Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot for the law firms who represent Barclay's Bank with about $1.8 trillion in total assets, the enablers of Jeffrey Epstein: https://www.justice.gov/opa/pr/one-iranian-and-two-canadian-nationals-indicted-murder-hire-scheme

John Remington Graham of the Minnesota Bar (#3664X) never provided effective assistance of counsel as a friend of the court. Neither has any of Jahar Tsarnaev's court appointed counsel or anyone who intervened as a friend of the court in his behalf. The parties who intervened in favor of the malicious prosecution support the lies of the 264 or so "crisis actors". Juror #83, Kevin Fagin, appears to have been a "crisis actor" at the Boston Marathon of the 15th of April 2013. If that indeed is correct, then Kevin Fagin never should have been impaneled on the jury. Moreover, another juror was from EMC Corporation and yet another was from Partner's Healthcare, two corrupt businesses that support the lies of the 264 or so crisis actors at the Boston Marathon of the 15th of April 2013, exposed here ( https://goodnewsaboutgod.com/studies/political/newworld_order/boston_marathon.htm ); here ( http://911tv.org/Library/MARATHON%20BOMBING%20-%20INDICTING%20THE%20PLAYERS.pdf ). Comcast is involved in organized crime with Rogers in the Country of Canada to promote Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot for which I have been told this case ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) can be the precedent against these parties.

Here is how John Remington Graham of the Minnesota Bar (#3664X) murdered Tamerlan Tsarnaev by a bone saw (as an accessory after the fact) for eco-terrorists and animal welfare extremists and harvested his human organs to produce a snuff film as can be seen here (https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for cardiac science as acquired by Zoll ( https://www.zoll.com/news-releases/2019/08/27/zoll-medical-completes-acquisition-of-cardiac-science ) for the Canadian-run JTRIG Program ( https://www.statewatch.org/media/documents/news/2015/jun/behavioural-science-support-for-jtrigs-effects.pdf ) for The Royal Bank of Canada, Toronto Dominion Bank, and for the Bank of Montreal as well as for the GCHQ Cyber-Magic Program ( https://www.reddit.com/r/Magic/comments/1z0nyx/we_want_to_build_cyber_magicians_did_the_gchq/ ) . Here is the precedent against John Remington Graham of the Minnesota Bar (#3664X) who, in actuality, supports wrongful convictions and executions as well as the precedent against, Afshin Zand, an Iranian; and Pierre Omidyar, a French Iranian and the founder of eBay who protected the municipal Police Officers, accessories before the fact to Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot for the law firms who represent Barclay's Bank, the enablers of Jeffrey Epstein: https://www.justice.gov/opa/pr/one-iranian-and-two-canadian-nationals-indicted-murder-hire-scheme The Boston Hoax Bombings of the 15th of April 2013 was a "derivative work" of Jason Kapinos' intellectual property (https://www.fbi.gov/investigate/white-collar-crime# ) of the 10th of January 2013. Municipal police officers were aware of on the 10th of January 2013.

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

This message was sent to Sergeant Shawn LeBlanc (Shawn.Leblanc@pol.state.ma.us)from the Plymouth State Police on the 28th of June 2022:

> [Sergeant Shawn] LebLanc:
>
> Since Tamerlan Tsarnaev was working for the Federal Bureau of Investigations, why was he not protected by the FBI? https://www.justice.gov/usao-sd/pr/final-defendant-three-arrested-role-kidnapping-carjacking-and-firearm-offense-against-fbi
>
> Sincerely,
> Jason Kapinos
> 96 Hawks Circle
> Westfield, MA 01085-1576
> 413-642-3587 (Comcast Landline)
> 413-562-7351 (Verizon Landline)

This was sent to compliance@de.rothschildandco.com on the 21st of March 2023 12:32 PM

> The [plaintiff in Massachusetts Court Docket) who should not be contacted directly or indirectly ] as indicated here ( southpark.fandom.com/wiki/Big_Mesquite_Murph ) as harbored by Cleary, Gottlieb, Steen & Hamilton; Cravath, Swaine & Moore; Paul, Weiss, Rifkind, Wharton & Garrison; Latham & Watkins, and Shearman & Sterling , [his son], [his other son] indicated here ([within a LinkedIn URL that is being withheld]) , and [his wife] are  charged with having threatened to commit a crime against the person [known as JASON KAPINOS at 96 HAWKS CIRCLE to have him "SLAUGHTERED" like a "FILTHY DOG" as an "ENEMY of ISRAEL" for "ATTORNEY" BRIAN MAHANY for SKADDEN, ARPS, SLATE, MEAGHER, & FLOM for JUDGE JEANINE PIRRO of FOX NEWS] or property of another [known as 96 HAWKS CIRCLE]. Threatening [a person [like JASON KAPINOS] with a crime [to KIDNAP, TORTURE, CRUSH, LYNCH, VIVISECT, and DISMEMBER JASON KAPINOS by BONE SAW and HARVEST his HUMAN ORGANS to SLAUGHTER him like a "FILTHY DOG" as an "ENEMY OF ISRAEL"] against his or her person [who happens to be JASON KAPINOS] or property [that happens to be 96 HAWKS CIRCLE]] [a person [like ATTORNEY BRIAN MAHANY] by threatening a crime against someone else [like JASON KAPINOS] or their property [of 96 HAWKS ]] is itself a crime [especially after TAMERLAN TSARNAEV'S PRE-MEDITATED MURDER by BONE SAW as a KIDNAPPING and TORTURE PLOT [ https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ] for VENABLE, LLP; KATTEN [ https://katten.com/katten-helps-seth-macfarlane-media-rights-capital-and-universal-studios-win-copyright-case ] ; and LOEB & LOEB, LLP [ https://www.loeb.com/en/experience/twentieth-century-fox-and-creators-of-family-guy ] at 345 PARK AVENUE [ https://www.rudin.com/commercial-properties/345-park-

avenue ] in the CITY of NEW YORK for SETH MCFARLANE who was REWARDED with a $200 MILLION DOLLAR CONTRACT [ https://www.hollywoodreporter.com/tv/tv-news/seth-macfarlane-inks-200m-deal-nbcuniversal-1260123/ ] for this PRE-MEDITATED MURDER for JUDGE JEANINE PIRRO from FOX as represented by SKADDEN ARPS]. "[The son of the plaintiff in a Massachusetts Court Docket before the a District Court in Massachusetts]" is harbored by ( #1) MUNGER, TOLLES, and OLSON; (#2) COOLEY; (#3) ORRICK for WARBURG PINCUS ( https://warburgpincus.com/investments/qualifacts/) ; (#4) SKAGGS FAUCETTE, LLP; (#5) PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP; (#6) KEKER & VAN NEST LLP; (#7) KING & SPALDING LLP; (#8) MORRIS, NICHOLS, ARSHT, & TUNNELL, LLP ; (#9) KLARQUIST SPARKMAN, LLP) ; and (#10) COVINGTON & BURLING

This was sent on the 7th of February 2023 at 8:46 am to Monica Curhan from Florence Bank ( Monica.Curhan@FlorenceBank.com )

> ***This was all allowed by Egan, Flanagan, & Cohen for the Sheriff's Office for Hampden County since at least the year 2013 for "Judge" McDonough on the Hampden County Superior Court [ https://www.mass.gov/locations/hampden-county-superior-court ] for Egan, Flanagan, & Cohen and [another Superior Court Justice]. The [plaintiff in Massachusetts Court Docket and his organized crime family] were harbored by MRSFOX on the 17th of February 2020 at Starbucks in Westfield, Massachusetts for the Capital One Case and 5ZF999 at Starbucks in Westfield, Massachusetts on the 19th of September 2019. The [plaintiff in a Massachusetts Court Docket] were also harbored by [a neighbor of his] on the 19th of September 2019.*** https://nypost.com/2021/12/06/jeffrey-epsteins-palm-beach-horror-house-revealed/ New images show the [house that particular docket]...where [the plaintiff who deserves the death penalty] ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) as depicted here ( https://southpark.fandom.com/wiki/Big_Mesquite_Murph ) ] is said to have [produced snuff films like as seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for Satanists and Freemasons as harbored by [his son] as depicted here ( [in this withheld LinkedIn URL) to likely handcuff Tamerlan Tsarnaev through criminal street gangs ( https://www.justice.gov/criminal-ocgs/gallery/criminal-street-gangs ) as indicated by ["Satanic Ritualistic Abusers]…and [Snuff Film Makers] while [the son of the plaintiff in that docket] drives with [a vanity license plate] for "Eva Braun" and [the plaintiff in that docket should not be contacted directly or indirectly] drives with [a white supremacist license plate]…and crucif[ied] Tamerlan Tsarnaev with a bone saw for…animal welfare advocates ( https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism ) like Lorettajo Kapinos ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) while Jeffrey Epstein ( https://www.justice.gov/usao-

sdny/pr/jeffrey-epstein-charged-manhattan-federal-court-sex-trafficking-minors )] abused underage girls and young women, allegedly with the help of British socialite Ghislaine Maxwell ( https://abcnews.go.com/US/reporters-notebook-ghislaine-maxwells-arrest-shocks-rural-hampshire/story?id=78453252 ). Refer to: https://www.click2houston.com/news/local/2022/10/11/execution-date-set-for-former-missouri-city-police-officer-convicted-in-wifes-murder-for-hire-plot-death/

This message was sent to Monica Curhan ( Monica.Curhan@FlorenceBank.com ) from Florence Bank on the 5th of February 2023 at 6:21 pm EST:

> **WAL-MART is a MEMBER of the GREATER WESTFIELD CHAMBER of COMMERCE as REPRESENTED by ANNINO, DRAPER, & MOORE. Hate Crimes: Criminal Interference with Fair Housing Rights - Section 3631 makes it unlawful for an individual** *[like [the plaintiffs][and] for [a courthouse] as represented by MURPHY & MCCOUBREY who represent CHICOPEE SAVINGS BANK that was ACQUIRED by WESTFIELD BANK; [the wife of the plaintiff in a docket before a District Court in Massachusetts who should not be contacted directly or indirectly] who owns [a homeowner's association]; BACON & WILSON for BEHAVIORAL HEALTH NETWORK, a FRONT for MURPHY & RILEY for AIG, HP HOOD, HARVARD UNIVERSITY, and the COMMONWEALTH of MASSACHUSETTS; MORRISON & MAHONEY for BACON & WILSON; ROBINSON & DONOVAN for BACON & WILSON; CAIN, HIBBARD, & MEYERS for BACON & WILSON; [the plaintiff in Docket before a District Court in Massachusetts]]* **to use force** [*against JASON KAPINOS, JULIA KAPINOS, and ERNEST KAPINOS at 96 HAWKS CIRCLE*] **or threaten to use force to injure, intimidate, or interfere with any person's housing rights because of that person's race, color, religion, sex, handicap, familial status, or national origin** [*since TRINITY HEALTH NEW ENGLAND as represented by EGAN, FLANAGAN, & COHEN who also represent the SHERIFF'S OFFICE for HAMPDEN COUNTY supports KIDNAPPING MUSLIMS like TAMERLAN TSARNAEV, TORTURING MUSLIMS like TAMERLAN TSARNAEV by BONE SAW as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) , CRUSHING TAMERLAN TSARNAEV underneath a MOTOR VEHICLE for HOWIE CARR from WRKO for BROWN RUDNICK, LLP for THE BOSTON HERALD and LATHAM & WATKINS for ENTERCOM as can be seen here ( https://twitter.com/howiecarrshow/status/337026878021984257) , DISMEMBERING a MUSLIM like TAMERLAN TSARNAEV by BONE SAW, and PRODUCING a SNUFF FILM for CARDIAC SCIENCE by ZOLL [ https://www.zoll.com/news-releases/2019/08/27/zoll-medical-completes-acquisition-of-cardiac-science ] for [two plaintiffs, one of whom is as] DEPICTED HERE ( https://southpark.fandom.com/wiki/Big_Mesquite_Murph )...to then DUMP the DISMEMBERED MUSLIM into the BETH ISRAEL DEACONESS MEDICAL CENTER*

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

> *as INDICATED by the CRIMINAL STREET GANG* ( https://www.justice.gov/criminal-ocgs/gallery/criminal-street-gangs ) *of [SATANIC RITUALISTIC ABUSERS] and [SNUFF FILM MAKERS]*]. **The statute also makes it unlawful [*for Municipal Police*]] to similarly use force or threaten to use force against anyone who is assisting an individual or class of persons in the exercise of their housing rights.**

This was sent to PersonalData@WarbugPincus.com on the 1st of February 2023 at 11:57 pm EST:

> Sergeant Shawn LeBlanc for the Massachusetts State Police
> ( shawn.leblanc@pol.state.ma.us ):
>
>
> Davis, Wright, & Tremaine for Amazon's Web Services and Amazon's Ring Doorbells harbors these fugitives at [addresses withheld who abuse Amazon Ring Doorbells]. Latham & Watkins harbors [the wife of plaintiff in a docket who should not be contacted directly or indirectly] while Latham & Watkins is represented by McCool Smith and Gibson, Dunn, & Crutcher with outside counsel of McDermott, Will, and Emery....*m247.com ; Skadden Arps; and CloudFlare are in contact with 146.75.168 from Scotland ( https://www.interpol.int/en/Who-we-are/Member-countries/Europe/UNITED-KINGDOM )* REFER TO THE MASSACHUSETTS VANITY LICENSE PLATE OF 1NYM69 WHICH LIKELY CONCERNS HUSHMAIL ( https://www.hushmail.com/plans/healthcare-hipaa-compliant-email/ , accessories before the fact ( https://www.mass.gov/doc/4100-accessory-before-the-fact-gl-c-274-s-2/download#: )to Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw as a kidnapping and torture plot ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) for Bacon & Wilson ( https://www.masslive.com/news/2021/09/dont-put-lipstick-on-a-pig-da-anthony-gulluni-wont-send-staff-back-to-springfield-courthouse-after-mold-outbreak.html ) for Behavioral Health Network ( https://www.bhninc.org/services-and-programs/counseling-wellness/court-involvement ) while outside counsel for Bacon & Wilson is Morrison & Mahoney; Cain, Hibbard, & Meyers; and Robinson & Donovan. *m247.com ; Skadden Arps; and CloudFlare are in contact with 146.75.168 from Scotland ( https://www.interpol.int/en/Who-we-are/Member-countries/Europe/UNITED-KINGDOM )* . This likely concerns 1NYM69 that criminally trespassed ( https://malegislature.gov/Laws/GeneralLaws/PartIV/TitleI/Chapter266/Section120 ) into Hawks Circle on the 1st of February 2023 and on the 25th of April 2022 that likely concerning the GCHQ Cyber-magic program ( https://www.reddit.com/r/Magic/comments/1z0nyx/we_want_to_build_cyber_magicians_did_the_gchq/ ) and Canadian-run JTRIG Program ( https://theintercept.com/2015/03/23/canada-cse-hacking-cyberwar-secret-

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

arsenal/ ) concerning Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw as a kidnapping and torture plot: https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers Also, refer to: https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism

signed

.....

CC:

ro-legal@m247.com ; camelia.angheluta@m247.com ; pr@m247.com ; DataProtection@skadden.com ; CCPA_Requests@skadden.com ; info@skadden.com ; Lawrence.Spiegel@skadden.com ; press@cloudflare.com ; noc@cloudflare.com ; legal@cloudflare.com ; privacy@cloudflare.com ; privacy@cloudflare.com ; SAR@cloudflare.com ; unsubscribe@cloudflare.com ; rir@cloudflare.com ; privacyquestions@cloudflare.com ; emergency-le-requests@ring.com ; subpoenas@ring.com ; submissions@ring.com ; copyright@amazon.com ; amzn-noc-contact@amazon.com ; subpoena-criminal@amazon.com ; ipmanagement@amazon.com ; contracts-legal@amazon.com ; safeharbor@amazon.com

This was sent to NetOpSec@cocc.com , the banking software for Florence Bank on the 15th of March 2023 at 5:09 am EST:

Sergeant Shawn LeBlanc for the Massachusetts State Police ( shawn.leblanc@pol.state.ma.us ) [The plaintiff who left for another address]...abused chemical and physical restraints at [a local hospital to trying to wrongfully execute Jason Kapinos at a local hospital on the 1st of March 2023]. NAVEX Global Report Number for [Name of Hospital withheld]: 2303-BSH-10003. Navex Global. Callback date: 12th of April 2023. There needs to be a court order from an attorney for release from a Judge concerning the abuse of chemical and physical restraints in March 2023 at [name of hospital withheld]. And it goes to risk management ( [at number withheld]) . The Investigator is [name withheld]... [name withheld], patient relations at [Hospital withheld], advised contacting [number withheld] to get a copy of the abuse of chemical and physical restraints from [the security officer] at [the hospital's] security department in [City withheld] Please call Chris at Chase Bank who can be reached at 1-877-805-8049, extension 1050003142 and reference case number ECW230310-00784 chase.executive.office@chase.com )

This was sent to NetOpSec@cocc.com for Florence Bank on the 11th of February 2023 at 6:58 pm EST:

Jason Kapinos, 96 Hawks Circle, Westfield, Massachusetts 01085-1576 413-642-3587 (Comcast Landline) 413-562-7351 (Verizon Landline)

Case: 16-6001　　Document: 00118141162　　Page: 15　　Date Filed: 05/03/2024　　Entry ID: 6640592
*United States* versus *Tsarnaev* Docket #16-6001:　Page 15 of 19

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

Sergeant Shawn LeBlanc for the Massachusetts State Police (shawn.leblanc@pol.state.ma.us )

***Ever since 9/11/2001 ( https://www.ae911truth.org/evidence/videos ) , this has been a campaign by the [the plaintiff who should not be contacted directly or indirectly in Docket] for…Egan, Flanagan, & Cohen who represent the Sheriff's Office for Hampden County and Ropes & Gray who represent The Vanguard Group…and Harvard University to destroy my, Jason Kapinos', reputation.*** Refer to: How Britain stole $45 trillion from India https://www.aljazeera.com/opinions/2018/12/19/how-britain-stole-45-trillion-from-india Tamerlan Tsarnaev's pre-meditated murder was for [the lawyers] for Barclay's Bank that enabled Jeffrey Epstein ( https://www.justice.gov/usao-sdny/pr/jeffrey-epstein-charged-manhattan-federal-court-sex-trafficking-minors ); Ghislaine Maxwell ( https://abcnews.go.com/US/reporters-notebook-ghislaine-maxwells-arrest-shocks-rural-hampshire/story?id=78453252 ); Peter Nygard ( https://www.nbcnews.com/news/us-news/canadian-fashion-mogul-peter-nygard-arrested-federal-sex-trafficking-charges-n1251289 ); Prince Andrew ( https://www.gherson.com/blog/could-prince-andrew-be-extradited-to-the-us/ ); and Harvey Weistein ( https://deadline.com/2018/05/harvey-weinstein-arrested-new-york-sex-crimes-charges-nypd-1202397964/ ), Easthampton Savings Bank ( https://www.bankesb.com/about/news/ ),  Crane Company; City of Chicopee; City of Westfield; Westfield "Police"; Hartford Steam Boiler Inspection and Insurance Co.; Interstate National Insurance Co.; Elm Electrical, Inc.; D.J.P. Masonry, Inc.; and Denver Beef Packing Co, Inc. while "Attorney" O'Grady worked for  Cohen, Rosenthal, Price, Mirkin, Jennings & Berg, P.C who represent Hampden County Physicians Associates: https://businesswest.com/blog/hampden-county-physician-associates-shutters-all-offices/ [The son of the plaintiff in a docket] was playing baseball on the 16th of April 2013 in lieu of stopping Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw as a kidnapping and torture plot ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) for his father, [the plaintiff in a docket] at [address withheld], who connived ( https://code.dccouncil.gov/us/dc/council/code/sections/22-1805 ) at this pre-meditated murder for Lorettajo Kapinos…apparently on the 29th of September 2011 for DISNEY/FOX as harbored by Skadden Arps ( https://www.skadden.com/about/news-and-rankings/news/2018/06/21st-century-fox-receives-unsolicited-proposal ) and Cleary Gottlieb ( https://www.clearygottlieb.com/news-and-insights/news-listing/disney-gets-eu-antitrust-approval-for-71-3-billion-acquisition-of-21st-century-fox-assets ). Tamerlan Tsarnaev's pre-meditated murder was for [the plaintiff in a Massachusetts ] ; [his co-worker]; [his other co-worker]; and   [yet another co-worker [all from a hospital] as represented by Ropes & Gray and [others]. COVID-19 is a racketeering enterprise ( https://www.justice.gov/archives/jm/criminal-resource-manual-109-rico-charges ) between [the plaintiff before the a District Court in Massachusetts ) ] as

depicted here ( https://southpark.fandom.com/wiki/Big_Mesquite_Murph).... and [his son who should not be contacted directly or indirectly] as depicted here ( [within this withheld LinkedIn URL] from [address withheld] who left for [address withheld] in Winter/Spring 2020 since "SHOTS!" foreshadowed COVID-19 on the 9th of October 2019 ( https://en.wikipedia.org/wiki/Shots!!! ) [The son of plaintiff in a docket who] joined [a Sheriff's Office]…in September 2019 after Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw as a kidnapping and torture plot for Venable, LLP ( https://www.venable.com/about/news/2022/02/venable-represents-viacomcbs ); Katten ( https://katten.com/katten-helps-seth-macfarlane-media-rights-capital-and-universal-studios-win-copyright-case ); and Loeb & Loeb, LLP ( https://www.loeb.com/en/experience/twentieth-century-fox-and-creators-of-family-guy ) at 345 Park Avenue in the City of New York ( https://en.wikipedia.org/wiki/345_Park_Avenue ) that could have been stopped from the 10th of January 2013 to the 19th of April 2013 by [the lawyers] for Barclay's Bank and yet Seth McFarlane was rewarded with a $200 million dollar contract on the 10th of January 2020 (https://www.hollywoodreporter.com/tv/tv-news/seth-macfarlane-inks-200m-deal-nbcuniversal-1260123/ ) . Tamerlan Tsarnaev's pre-meditated murder was for Crevier & Ryan…for CIGNA, Deutsche Bank, and 22 News WWLP, Lyon & Fitzpatrick for [the benefit of a Massachusetts District Court Docket] and The Dowd Agencies (https://www.dowd.com/the-dowd-agencies-acquires-wilcox-insurance-agency/ ) as well as Cooley Shriar and Halloran & Sage ( https://halloransage.com/news/halloran-sage-expands-into-massachusetts-welcomes-cooley-shrair/ ) that appear on 22 News WWLP.  This pre-meditated murder was for "Attorney" Richard Sypek from Ross & Ross and now Sypek Law whose wife, Cathy Sypek, worked for The Dowd Agencies that acquired The Wilcox Insurance Agency as represented by Anderson & Lee. I, Jason Kapinos, was criminally stalked on the 10th of January 2020 within the same 24-hour period that Cumberland Farms in Westfield, Massachusetts was acquired by EG Group as allowed by Deloitte, KPMG, and TDR Capital:

> Morgan Stanley, Goldman Sachs, Barclays, PwC and Rothschild & Co. are acting as financial advisors to EG. Allen & Overy LLP and Latham & Watkins LLP are acting as legal advisors to EG. RPS Gaiatech are advising the company on environmental risk management. BofA Merrill Lynch acted as financial advisor and WilmerHale LLP acted as legal advisor to Cumberland Farms on the transaction. https://www.csnews.com/eg-group-completes-acquisition-cumberland-farms

"Attorney" Richard Sypek from Ross & Ross and now Sypek Law joined the Westfield "Police" Commission in November 2019. "Attorney" Richard Sypek works for Chick Fil-A. Refer to: COVID-19 an 'intentional release' from Wuhan lab: Dr Li-Meng Yan https://www.foxnews.com/video/6314583376112 This COVID-19 release was

Case: 16-6001   Document: 00118141162   Page: 17   Date Filed: 05/03/2024   Entry ID: 6640592
*United States* versus *Tsarnaev* Docket #16-6001:   Page 17 of 19

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

allowed by 5ZF999 at Starbucks in Westfield, Massachusetts on the 19th of September 2019 while Starbucks is represented by Davis, Wright, & Tremaine who represent Doorbells at [addresses withheld]. DoorDash is in contact with Ramnagar, Uttarakhand, India at this IP address: (223.196.81.11:33884). DoorDash is represented by Gibson, Dunn, & Crutcher ( https://www.gibsondunn.com/wp-content/uploads/2021/10/Lipshutz-Champion-Holecek-Meet-The-Attys-Fighting-Cities-Regs-On-DoorDash-Grubhub-Lwa360-10-21-2021.pdf ) with outside counsel of McDermott, Will, and Emery while Gibson Dunn represents Latham & Watkins that harbors [the wife of Plaintiff in a Docket before a District Court in Massachusetts) ] at [address withheld] who abuses the....Homeowner's Association as a racketeering enterprise [ https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ] . The release of COVID-19 was allowed by [the Massachusetts Vanity License Plate of] MRSFOX at Starbucks in Westfield, Massachusetts on the 17th of February 2020 during *Capital One Bank North America* versus *Jason Kapinos* as well as by [the son of Plaintiff as mentioned in a District Court docket in Massachusetts] on the 20th of February 2020. What is a relator?

> **For example, the federal False Claims Act authorizes qui tam actions against parties** [*like [the plaintiff as mentioned in a Massachusetts Court Docket] as depicted here (* https://southpark.fandom.com/wiki/Big_Mesquite_Murph*), [two of the sons of the plaintiff while one son has a LinkedIn URL)*] **who have defrauded the federal government** [*concerning COVID-19*]. **If successful, a relator** [*like Jason Kapinos*] **in a False Claims Act qui tam action may receive up to 30% of the government's award** [*which would come to about $3.3 trillion for Jason Kapinos (* https://www.scmp.com/news/world/united-states-canada/article/3136220/trump-demands-china-pay-us10-trillion-reparations *) since COVID-19 was allowed to leave the Wuhan Provience in Fall/Winter 2019 as known here (*https://abcnews.go.com/International/satellite-data-suggests-coronavirus-hit-china-earlier-researchers/story?id=71123270 *) and was apparently foreshadowed in January 2019 through "Crimson Contagion" (* https://int.nyt.com/data/documenthelper/6824-2019-10-key-findings-and-after/05bd797500ea55be0724/optimized/full.pdf *)and vaccines were sold for this cartel of lawyers: Cleary, Gottlieb, Steen & Hamilton; Cravath, Swaine & Moore; Paul, Weiss, Rifkind, Wharton & Garrison; Latham & Watkins, and Shearman & Sterling. Jason Kapinos was referred by ARAG (* https://www.arag.com/en/company/locations/germany/arag-tower/ *as represented by Hogan Lovells and Allen & Overy to Murphy & McCoubrey (* http://www.murphymccoubrey.com/attorneys/ *) to dispute Banco Santander Credit Card "Debt" in January 2019 (* https://news.bloomberglaw.com/us-law-week/cbs-viacom-tap-stable-of-prestigious-law-firms-for-mega-merger *)*] Qui tam action

Refer to *Bank of America* versus *Jason Kapinos* with a Docket # of 2144CV000007; 2144CV000024; and 2144CV0000025 before the Westfield District Court [ https://www.mass.gov/locations/westfield-district-court] as well as *Capital One Bank North America* versus *Jason Kapinos* with a Docket # of 2044CV000019 before the Westfield District Court [ https://www.mass.gov/locations/westfield-district-court ] and *Joyner* versus *Behavioral Health Network* with a Docket # of 2079CV00629 before the Hampden County Superior Court [ https://www.mass.gov/locations/hampden-county-superior-court ]

Sincerely,
Jason Kapinos
……

This was sent to PS-Legal-SBN@pressganey.com on the 13th of March 2023 at 2:52 pm EST

Press Ganey for [a hospital] ; Sergeant Shawn LebLanc for the Massachusetts State Police (shawn.leblanc@pol.state.ma.us ); Attorney Madden from the Committee for Public Counsel Services ( lmadden@publiccounsel.net ) ; Attorney Toni Hall ( attyhall@gmail.com ) from the Committee for Public Counsel Services. There needs to be a court order from an attorney for release from a Judge concerning the abuse of chemical and physical restraints. And it goes to risk management ( [number withheld]) . The Investigator is [name and number withheld] . [Name withheld], patient relations at [hospital withheld] , advised contacting [number withheld] to get a copy of the abuse of chemical and physical restraints from [security guard] at [hospital withheld's] security department in [city withheld]. See the attached relevant court cases from Court.FM. There are about 50entries. [At least four parties]…were notified by email beginning on the 7th of March 2023 to retain a copy of the surveillance video from the 2nd of March 2023 or around that time at the Emergency Department concerning the abuse of chemical and physical restraints at [a Massachusetts hospital] and at [Massachusetts Emergency Department]…in the City of [Withheld], Massachusetts for [*another docket*] concerning *Jason Kapinos*. legaldepartment@pressganey.com ; PS-Legal-SBN@pressganey.com ; privacy@pressganey.com ; community@pressganey.com were notified to retain a copy of the surveillance video on the 8th of March 2023. [The] Emergency Physicians [are] represented by [Withheld]) . This can be the precedent against the [parties] who kidnapped ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) , tortured, crushed, lynched, vivisected, and dismembered Tamerlan Tsarnaev by bone saw for animal welfare advocates like [names withheld] for Venable, LLP ( https://www.venable.com/about/news/2022/02/venable-represents-viacomcbs ) ; Katten ( https://katten.com/katten-helps-seth-macfarlane-media-rights-capital-and-universal-studios-win-copyright-case ) ; and Loeb & Loeb, LLP ( https://www.loeb.com/en/experience/twentieth-century-fox-and-creators-of-family-guy ) at 345 Park Avenue ( https://en.wikipedia.org/wiki/345_Park_Avenue ) while

Case: 16-6001 Document: 00118141162 Page: 19 Date Filed: 05/03/2024 Entry ID: 6640592
*United States* versus *Tsarnaev* Docket #16-6001: Page 19 of 19

MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A REHEARING EN BANC FOR UNITED STATES versus TSARNAEV

Seth McFarlane was rewarded with a $200 million dollar contact (https://www.hollywoodreporter.com/tv/tv-news/seth-macfarlane-inks-200m-deal-nbcuniversal-1260123/ ) for this pre-meditated murder. Refer to: Texas executes ex-officer who hired 2 people to kill wife Former Missouri City cop on death row denied federal appeal https://www.chron.com/news/houston-texas/article/Former-Missouri-City-cop-on-death-row-denied-12882564.php Concerning the District and Superior Court Justices, this can be their precedent: Ex-judge sentenced to death in Texas revenge plot https://www.usatoday.com/story/news/nation/2014/12/17/texas-prosecutors-murder-sentence/20537451/ This one as well: Egyptian judge sentenced to death for killing his TV presenter wife https://www.africanews.com/2022/08/17/egyptian-judge-sentenced-to-death-for-killing-his-tv-presenter-wife/

## CERTIFICATE OF SERVICE

**I, Jason Kapinos, do hereby certify that I have on this date, the 2nd of May 2024, prepared a true and correct copy of the above and forgoing** MOTION AS A FRIEND OF THE COURT FOR A PETITION FOR A HEARING EN BANC FOR UNITED STATES VERSUS TSARNAEV to the below party:

John Joseph Moakley
U.S. Courthouse
1 Courthouse Way Boston, MA 02210

Addendum:
USPS Priority Mail Express Tracking # EI946556267US
From Holyoke Mall Post Office in Holyoke, Mass.
Jon Kpin 5/2/2024

Jason Kapinos 5/2/2024
Jason Kapinos (*pro se*)
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)
jasonkapinos@gmail.com

