OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

May 9, 2024

Jason Kapinos
96 Hawks Circle
Westfield, MA 01085-1576

      Re:  United States v. Tsarnaev
           Appeal No. 16-6001

Dear Jason Kapinos:

    This letter will acknowledge receipt of your "Motion as Friend of the Court for a Petition for Rehearing En banc for United States versus Tsarnaev," dated May 2, 2024, referencing the above-noted action. Because you are not a party to the action, you may not file documents in this action without first seeking leave of court. I note that on June 13, 2022, this court denied your request for leave to file an amicus brief on behalf of Dzhokhar Tsarnaev. Accordingly, your correspondence is being returned to you.

                                      Sincerely,

                                      Maria R. Hamilton, Clerk

Encl.

cc:
Judy Clarke, Gail K. Johnson, Deirdre von Dornum, Daniel Habib, David Patton, Clifford Gardner, Ginger D. Anders, Mia Alyssa Eisner-Grynberg, Donald Campbell Lockhart, Joseph Francis Palmer, Nadine Pellegrini, William A. Glaser, Steven D. Mellin, Matthew R Segal, Jonathan M. Albano, Emma D. Hall, John Remington Graham, David A. Ruhnke, Michael J. Iacopino, Benjamin Silverman, Megan Wall-Wolff, George H. Kendall III, Timothy P. O'Toole, Jason Kapinos